UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Euclid Chemical Company,

    Plaintiff (s)

v.

Robert Ware, d/b/a
Robert Kelly Constructors RKC, et al.,

    Defendant(s)

Case No. 1:11cv135
(J. Dlott ; J. Litkovitz)

_____

**SCHEDULING ORDER**

_____

    This matter has been referred to the undersigned pursuant to Order of referral by the District Court referring this matter for hearing on plaintiff's Motion for Order to Show Cause (Doc. 23).

    The parties are hereby advised that a Show Cause Hearing is hereby set for Friday, June 15, 2012 at 9:30 am in Courtroom 708.

    The Plaintiffs are hereby Ordered to serve a copy of this Order on defendants by both certified and regular mail.

    It is so ordered.

 5/29/2012                         s/Karen L. Litkovitz
Date                                      Karen L. Litkovitz
                                          United States Magistrate Judge

awh