# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

THE EUCLID CHEMICAL CO.,  
    Plaintiff

Case No. 1:11-cv-135  
Dlott, J.  
Litkovitz, M.J.

vs

ROBERT WARE, d/b/a  
ROBERT KELLY CONSTRUCTORS--  
RKC, et al.,  
    Defendants

**ORDER**

    This matter is before the Court following a hearing in open court on plaintiff's motion for Order to Show Cause why defendants should not be held in contempt for failing to comply with the Court's Order of February 8, 2012. (Doc. 23).

    As an initial matter, Kenneth Flacks, Esq., orally entered a notice of appearance in this matter on behalf of defendants and represented that he will file a written notice of appearance on the docket of the Court forthwith. In addition, counsel for plaintiff acknowledged that plaintiff would be filing a motion to withdraw the Final Default Judgment and Permanent Injunction as it relates to defendant Robert Ware in view of his Chapter 7 bankruptcy proceedings.

    After hearing the arguments of the parties, the Court stays any ruling on plaintiff's motion pending the following actions: (1) defendants shall file a report in accordance with Paragraph 4 of the Final Default Judgment and Permanent Injunction (Doc. 23 at 4) no later than Monday, June 18, 2011; (2) the parties shall confer on plaintiff's motion for judgment debtor examination (Doc. 25) to determine whether an agreement can be reached on the matters contained therein; and (3) this matter shall be set for a telephone status conference with the Court

on Wednesday, July 11, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Date: 6/15/12

Karen L. Litkovitz
United States Magistrate Judge