UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Euclid Chemical Company,

    Plaintiff (s)

v.

Robert Ware, et al.,

    Defendant(s)

Case No. 1:11cv135
(J. Dlott ; M.J. Litkovitz)

_____

**SCHEDULING ORDER**

_____

    This matter has been referred to the undersigned for a judgment debtor examination hearing:

    The parties are hereby advised that a Judgement Debtor Examination Hearing is hereby set for Tuesday, December 18, 2012 at 9:00 am in Courtroom 708, 100 East Fifth Street, Cincinnati, Ohio 45202. (513)564-7690.

    It is so ordered.

 11/9/2012                       s/Karen L. Litkovitz
Date                              Karen L. Litkovitz
                                 United States Magistrate Judge

awh