IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Euclid Chemical Company,

    Plaintiff(s),

vs.

Robert Ware, *d/b/a* Robert Kelly Constructors,

    Defendant(s).

Case Number: 1:11cv135

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 17, 2013 (Doc. 52), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 3, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, this Court is **ordering** non-parties Robert Ware and R. Kelly Constructors, LLC, to appear before this Court on **March 2, 2015 at 10:00 AM in Courtroom 7** to show cause whey they should not be held in contempt of Court for failing to obey the Court's November 5, 2013 discovery order.

Mr. Ware and R. Kelly Constructors, LLC are **ORDERED** to pay Euclid Chemical's expenses incurred in connection with its motion to compel compliance with the subpoenas.

IT IS SO ORDERED.

                                        */s/ Susan J. Dlott*
                                        Judge Susan J. Dlott
                                        United States District Court